# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| SHOODLEY LEE CHERICHEL, | Civil No. 09-0440 (JRT/RLE) |
| Petitioner, | |
| v. | **ORDER** |
| SCOTT BANIECKE, | |
| Respondent. | |

___

Kim Hunter, **KIM HUNTER & ASSOCIATES, PLLC**, 821 Raymond Avenue, Suite 305, St. Paul, MN 55114, for petitioner.

Friedrich Siekert, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

This matter is before the Court on the Stipulation to Dismiss filed by the parties on February 16, 2010 [Docket No. 23].

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 18, 2010
at Minneapolis, Minnesota.
                                                           s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                              United States District Judge